UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No.: |
| | : | |
| v. | : | |
| | : | |
| **JEFFREY A. HAYDEN,** | : | UNDER SEAL |
| | : | |
| **Defendant.** | : | |

### GOVERNMENT'S MOTION TO SEAL INFORMATION

The United States of America, by its attorney, the United States Attorney for the District of Columbia, hereby moves the Court to seal the Information in this case as well as the Government's Motion to Seal Information and this Court's Order sealing the aforesaid documents until the defendant in related criminal case number 06-259 is arrested. In support of this motion, the government states:

1. This case is related to criminal case number 06-259 which is now pending in this Court. The defendant in criminal case number 06-259 is a citizen of the United Kingdom.

2. The Indictment in case number 06-259 has been sealed on the grounds that the defendant in that case may attempt to flee if he learns that he has been charged.

3. The sealing of the Information and other documents in this case is also necessary and appropriate. The defendant in criminal case number 06-259 is presently in the United Kingdom. Immediate public disclosure of this Information and other documents could alert the defendant to the fact that: (1) defendant Jeffrey A. Hayden is cooperating with the government; and/or (2) that he too has been charged or that charges are imminent, thereby resulting in his flight from prosecution, either by staying outside the United States or by leaving again if he returns before he is arrested.

4.    Accordingly, the government submits that under Post v. Robinson, 935 F.2d 282, 289 n.10 (D.C. Cir. 1991), these facts present an extraordinary situation and a compelling governmental interest which justify the sealing of the Information, the Government's Motion to Seal Information and the Court's Order until: (a) the defendant in related criminal case number 06-259 is arrested, at which time the Information in this case shall be deemed unsealed; or (b) until further order of this Court.

WHEREFORE, the government respectfully requests that this motion be granted and the Information, Government's Motion to Seal Information, and the Court's Order be placed under seal until the defendant in criminal case number 06-259 is arrested, or until further order of this Court.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

By: _____
David C. Woll, Jr.
Assistant U.S. Attorney
DC Bar No. 452454
(202) 514-4250
Jonathan R. Barr
Assistant U.S. Attorney
D.C. Bar No. 437334
(202) 514-9620
555 4th Street, N.W., 5th Floor
Washington, D.C. 20530