IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA        :
                                :
v.                              :    CR. CASE NO. 06-263-(RBW)
                                :    **UNDER SEAL**
JEFFREY A. HAYDEN               :

**FILED**

OCT 26 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### NOTICE OF APPEARANCE

COMES NOW ATTORNEY, ALLEN H. ORENBERG, of The Orenberg Law Firm, P.C., hereby enters his appearance as retained counsel for the defendant, Jeffrey A. Hayden, in the above-captioned matter.

Respectfully Submitted,

*/s/ Allen H. Orenberg*

Allen H. Orenberg (D.C. Bar 395519)
The Orenberg Law Firm, P.C.
11200 Rockville Pike, Suite 300
North Bethesda, MD 20852
Tel. No. 301-984-8005
Fax No. 301-468-0215
aorenberg@orenberglaw.com

### Certificate of Service

I hereby certify that on the 26th day of October, 2006, a copy of the foregoing Notice of Appearance was hand delivered to: Jonathan R. Barr, Esquire, Assistant United States Attorney, U.S. Attorney's Office, 555 4th Street, NW, Washington, DC 20530.

*/s/ Allen H. Orenberg*

Allen H. Orenberg