AO 455 (Rev. 5/85)   Waiver of Indictment

# United States District Court

FILED

OCT 2 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DISTRICT OF _____

UNITED STATES OF AMERICA

v.

JEFFREY A. HAYDEN

**WAIVER OF INDICTMENT**

SEALED

CASE NUMBER: 06-~~236~~ 263-RBW

I, _JEFFREY A. HAYDEN_, the above named defendant, who is accused of

_Conspiracy To Commit Securities Fraud_
_18. U.S.C. 371_

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive

in open court on _October 26, 2006_ prosecution by indictment and consent that the
Date

proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before_____
Judicial Officer