UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | |
| v. | : | No. 06-263 (RBW) |
| | : | |
| JEFFREY A. HAYDEN | : | **UNDER SEAL** |
| | : | |
| | : | |

**JOINT MOTION TO CONTINUE FEBRUARY 2, 2007 STATUS HEARING**

The United States of America, by its attorney, the United States Attorney for the District of Columbia, and defendant Jeffrey A. Hayden hereby jointly move the Court to continue the February 2, 2007 status hearing in this matter for 120 days for the reasons set forth below.

Defendant Jeffrey Hayden pled guilty pursuant to a plea agreement on October 26, 2006, to an information charging one count of Conspiracy to Commit Securities Fraud in violation of 18 U.S.C. § 371. At the plea hearing, the Court set a status hearing in this matter for February 2, 2007, at 11:00 a.m. The plea agreement executed by the United States and defendant Hayden included an agreement by Mr. Hayden to cooperate with the United States. It is expected that Mr. Hayden will testify at the trial of Marc Duchesne, whose case is under seal and who has yet to be apprehended. Mr. Hayden is continuing to cooperate with the United States.

Accordingly, the United States and defendant Hayden respectfully request that the February 2, 2007 status hearing be continued for 120 days.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        United States Attorney

By:    _____
        Jonathan R. Barr
        Assistant U.S. Attorney
        D.C. Bar No. 437334
        (202) 514-9620
        555 4th Street, N.W., 5th Floor
        Washington, D.C. 20530

        _____
        Allen H. Orenberg, Esq.
        Counsel for Jeffrey A. Hayden
        D.C. Bar No. 395519
        11200 Rockville Pike, Suite 300
        Rockville, MD  20852
        (t) (301) 984-8005
        (f) (301) 468-0215