UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | |
| v. | : | No. 06-263 (RBW) |
| | : | |
| JEFFREY A. HAYDEN | : | **UNDER SEAL** |
| | : | |
| | : | |

**O R D E R**

This matter comes before the Court upon the Joint Motion of the United States and the defendant to continue the status hearing scheduled for February 2, 2007, at 11:00 a.m. for 120 days.  For the reasons stated therein, it is this _____ day of January 2007,

ORDERED that the Joint Motion to Continue February 2, 2007 Status Hearing is GRANTED; and

IT IS FURTHER ORDERED that the February 2, 2007 status hearing is hereby continued to _____  _____, 2007, at _____ (a.m./p.m.)


Date:_____      _____
                              REGGIE B. WALTON
                              UNITED STATES DISTRICT JUDGE


copy to:

Jonathan R. Barr                   Allen H. Orenberg, Esq.
Assistant United States Attorney   The Orenberg Law Firm, P.C.
U.S. Attorney's Office             11200 Rockville Pike, Suite 300
555 4th Street, NW, Room 5241      North Bethesda, MD 20852
Washington, D.C.  20530