UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JAN 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES                               :

      v.                                        :          No. 06-263 (RBW)

JEFFREY A. HAYDEN                           :          **UNDER SEAL**

                                     :

## O R D E R

This matter comes before the Court upon the Joint Motion of the United States

and the defendant to continue the status hearing scheduled for February 2, 2007, at 11:00 a.m. for

120 days. For the reasons stated therein, it is this _29th_ day of January 2007,

    ORDERED that the Joint Motion to Continue February 2, 2007 Status Hearing is

GRANTED; and

    IT IS FURTHER ORDERED that the February 2, 2007 status hearing is hereby continued

to _June_ _1_, 2007, at _10:00_ (a.m./p.m.)

Date: _January 29, 2007_          _Reggie B. Walton_
                                   REGGIE B. WALTON
                                   UNITED STATES DISTRICT JUDGE

copy to:

Jonathan R. Barr                    Allen H. Orenberg, Esq.
Assistant United States Attorney    The Orenberg Law Firm, P.C.
U.S. Attorney's Office              11200 Rockville Pike, Suite 300
555 4th Street, NW, Room 5241       North Bethesda, MD 20852
Washington, D.C. 20530