UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | |
| v. | : | No. 06-263 (RBW) |
| | : | |
| JEFFREY A. HAYDEN | : | **UNDER SEAL** |
| | : | |
| | : | |

**O R D E R**

This matter comes before the Court upon the Joint Motion of the United States and the defendant to continue the status hearing scheduled for June 6, 2007, at 11:30 a.m. for 180 days. For the reasons stated therein, it is this _____ day of May 2007,

ORDERED that the Joint Motion to Continue June 6, 2007 Status Hearing is GRANTED; and

IT IS FURTHER ORDERED that the June 6, 2007 status hearing is hereby continued to _____  _____, 2007, at _____ (a.m./p.m.)

Date:_____                    _____
                                            REGGIE B. WALTON
                                            UNITED STATES DISTRICT JUDGE

copy to:

Jonathan R. Barr                            Allen H. Orenberg, Esq.
Assistant United States Attorney            The Orenberg Law Firm, P.C.
U.S. Attorney's Office                      11200 Rockville Pike, Suite 300
555 4th Street, NW, Room 5241               North Bethesda, MD 20852
Washington, D.C.  20530