UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | |
| v. | : CR No. 06-263 (RBW) | |
| JEFFREY A. HAYDEN | : **UNDER SEAL** | |

**FILED**

MAY 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

This matter comes before the Court upon the Joint Motion of the United States and the defendant to continue the status hearing scheduled for June 6, 2007, at 11:30 a.m. for 180 days. For the reasons stated therein, it is this 29th day of May 2007,

ORDERED that the Joint Motion to Continue June 6, 2007 Status Hearing is GRANTED; and

IT IS FURTHER ORDERED that the June 6, 2007 status hearing is hereby continued to December 7, 2007, at 2:00 (a.m./p.m.)

Date: May 29, 2007

REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE

copy to:

Jonathan R. Barr
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, NW, Room 5241
Washington, D.C. 20530

Allen H. Orenberg, Esq.
The Orenberg Law Firm, P.C.
11200 Rockville Pike, Suite 300
North Bethesda, MD 20852

