UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | |
| v. | : | No. 06-263 (RBW) |
| | : | |
| JEFFREY A. HAYDEN | : | **UNDER SEAL** |
| | : | |
| | : | |

**O R D E R**

This matter comes before the Court upon the government's Motion to Unseal the

Indictment and Proceedings in this Criminal Action.  For the reasons stated therein, it is this ____

day of _____ 2007,

ORDERED that the government's Motion to Unseal the Indictment and Proceedings in this

Criminal Action is hereby GRANTED; and

IT IS FURTHER ORDERED that the Indictment and all proceedings in this criminal action

be unsealed.


Date:_____          _____
                                 REGGIE B. WALTON
                                 UNITED STATES DISTRICT JUDGE


copy to:

Jonathan R. Barr
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, NW, Room 5241
Washington, D.C.  20530