UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No. 06-263 (RBW) |
| : | |
| JEFFREY A. HAYDEN, : | |
| : | |
| : | |

**JOINT MOTION TO CONTINUE DECEMBER 7, 2007 STATUS HEARING**

The United States of America, by its attorney, the United States Attorney for the District of Columbia, and defendant Jeffrey A. Hayden hereby jointly move the Court to continue the currently scheduled December 7, 2007, status hearing in this matter for 180 days for the reasons set forth below.

Defendant Jeffrey Hayden pled guilty pursuant to a plea agreement on October 26, 2006, to an information charging one count of Conspiracy to Commit Securities Fraud in violation of 18 U.S.C. § 371. The Court previously set a status hearing in this matter for December 7, 2007, at 2:00 p.m. The plea agreement executed by the United States and defendant Hayden included an agreement by Mr. Hayden to cooperate with the United States. It is expected that Mr. Hayden will testify at the trial of Marc Duchesne (United States v. Marc Duchesne, 06-cr-259 (RBW) when Mr. Duchesne's presence is obtained in the United States.

It is the Government's understanding that Mr. Duchesne has been arrested by authorities in Switzerland on Swiss charges, and is being held. The United States has requested that the Swiss government execute a provisional arrest of Mr. Duchesne on U.S. charges should he be released. Mr. Duchesne has informed the Swiss Government that he will not agree to extradition to the United States. Accordingly, the United States is in the process of formalizing written extradition papers for

Mr. Duchesne. It is unclear how long it will take to litigate the United States' application for the extradition of Mr. Duchesne. The United States has been informed that the United Kingdom will also seek the extradition of Mr. Duchesne.

Accordingly, the United States and defendant Hayden respectfully request that the December 7, 2007 status hearing be continued for 180 days.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        United States Attorney

By:   _____
        Jonathan R. Barr
        Assistant U.S. Attorney
        D.C. Bar No. 437334
        (202) 514-9620
        555 4th Street, N.W., 5th Floor
        Washington, D.C. 20530

        _____
        Allen H. Orenberg, Esq.
        Counsel for Jeffrey A. Hayden
        D.C. Bar No. 395519
        11200 Rockville Pike, Suite 300
        Rockville, MD  20852
        (t) (301) 984-8005
        (f) (301) 468-0215