UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Criminal No. 06-263 (RBW) |
| : | |
| **JEFFREY A. HAYDEN,** : | |
| : | |
| : | |

**O R D E R**

This matter comes before the Court upon the Joint Motion of the United States and the defendant to continue the status hearing scheduled for December 7, 2007, at 2:00 p.m. for 180 days. For the reasons stated therein, it is this _____ day of _____ 2007,

ORDERED that the Joint Motion to Continue December 7, 2007 Status Hearing is GRANTED; and

IT IS FURTHER ORDERED that the December 7, 2007 status hearing is hereby continued to _____, 2008, at _____ (a.m./p.m.)


Date:_____           _____
                                  REGGIE B. WALTON
                                  UNITED STATES DISTRICT JUDGE


copy to:

| | |
|---|---|
| Jonathan R. Barr | Allen H. Orenberg, Esq. |
| Assistant United States Attorney | The Orenberg Law Firm, P.C. |
| U.S. Attorney's Office | 11200 Rockville Pike, Suite 300 |
| 555 4th Street, NW, Room 5241 | North Bethesda, MD 20852 |
| Washington, D.C. 20530 | |