UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
NOV 3 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| v. | : | Criminal No. 06-263 (RBW) |
| JEFFREY A. HAYDEN, | : | |

## ORDER

This matter comes before the Court upon the Joint Motion of the United States and the defendant to continue the status hearing scheduled for December 7, 2007, at 2:00 p.m. for 180 days. For the reasons stated therein, it is this 30th day of November 2007,

ORDERED that the Joint Motion to Continue December 7, 2007 Status Hearing is GRANTED; and

IT IS FURTHER ORDERED that the December 7, 2007 status hearing is hereby continued to June 12, 2008, at 9:00 (a.m./p.m.)

Date: November 30, 2007

REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE

copy to:

Jonathan R. Barr
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, NW, Room 5241
Washington, D.C. 20530

Allen H. Orenberg, Esq.
The Orenberg Law Firm, P.C.
11200 Rockville Pike, Suite 300
North Bethesda, MD 20852