UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 06-263 (RBW)** |
| | : | |
| v. | : | |
| | : | |
| **JEFFREY A. HAYDEN,** | : | |
| | : | |
| Defendant. | : | |

**JOINT MOTION TO CONTINUE JUNE 12, 2008 STATUS HEARING FOR 180 DAYS**

The United States of America, by its attorney, the United States Attorney for the District of Columbia, and defendant Jeffrey A. Hayden, by and through his attorney, move the Court to continue the June 12, 2008 status hearing in this matter for 180 days for the reasons set forth below.

Defendant Jeffrey A. Hayden pled guilty pursuant to a plea agreement on plea agreement on October 26, 2006, to an information charging one count of Conspiracy to Commit Securities Fraud in violation of 18 U.S.C. § 371. At the plea hearing, the Court set a status hearing in this matter for June 6, 2007, which was thereafter continued to December 14, 2007, and then continued again until 9 a.m. Friday June 12, 2008. The plea agreement executed by the United States and defendant Hayden included an agreement by Mr. Hayden to cooperate with the United States in its case against Marc Duchesne. (See United States v. Duchesne, District Court No. 06-cr-00259-RBW.) It is expected that Mr. Hayden will testify at the trial of Mr. Duchesne, who remains in custody in the United Kingdom pending criminal charges there on unrelated fraud charges, and his eventual extradition to the United States.

It is the Government's understanding that Mr. Duchesne was originally arrested by authorities in Switzerland on Swiss charges. After Mr. Duchesne informed the Swiss Government that he would not consent to extradition to the United States, he was then extradited to the United Kingdom at the latter country's request and appeared before a magistrate in London on December 12, 2007, regarding fraud charges in the U.K. unrelated to those he was indicted on in the United States. According to an FBI official in London, Mr. Duchesne is currently being held at Wandsworth Prison in London on fraud charges, and that he is due to appear before the Horseferry Road Magistrate's Court on a date "to be determined."

The United States is in the process of formalizing written extradition papers to have Mr. Duchesne returned to the United States to face charges on the Indictment, which was unsealed at the Government's request on September 26, 2007 after Mr. Duchesne's arrest in Europe. It is unclear how long it will take to litigate the United States' application for the extradition of Mr. Duchesne. His return to the United States may also be delayed if Mr. Duchesne must first face a trial in the United Kingdom, which is the customary practice for a British citizen charged in both countries.

Mr. Hayden is continuing to cooperate with the United States. Accordingly, the United States and defendant Jeffrey A. Hayden respectfully request that the June 12, 2008 status hearing be

continued for 180 days.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        United States Attorney

By:    \_\_\_/s/_____
        James A. Mitzelfeld
        Assistant U.S. Attorney
        555 4th Street, N.W., 5th Floor
        Washington, D.C. 20530
        (202) 514-7131
        Email: james.mitzelfeld@usdoj.gov

        \_\_\_\_/s/_____
        Allen H. Orenberg, Esq.
        Counsel for Jeffrey A. Hayden
        D.C. Bar No. 395519
        11200 Rockville Pike, Suite 300
        Rockville, MD  20852
        (301) 984-8005
        aorenberg@orenberglaw.com

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a copy of Joint Motion to Continue the June 12, 2008 Status Hearing for 180 Days was served via ECF on counsel for the defendant, :

          Allen Howard Orenberg
          THE ORENBERG LAW FIRM, PC
          11200 Rockville Pike
          Suite 300
          North Bethesda, MD 20852
          (301) 984-8005
          Aorenberg@orenberglaw.com

          _____/s/_____
          JAMES A. MITZELFELD
          Assistant United States Attorney