UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | |
| v. | : | No. 06-263 (RBW) |
| | : | |
| JEFFREY A. HAYDEN | : | |
| | : | |
| | : | |

**O R D E R**

This matter comes before the Court upon the Joint Motion of the United States and the defendant to continue the status hearing scheduled for June 12, 2008, at 9 a.m. for 180 days.  For the reasons stated therein, it is this _____ day of June 2008,

ORDERED that the Joint Motion to Continue the June 12, 2008 Status Hearing is GRANTED; and

IT IS FURTHER ORDERED that the June 12, 2008 status hearing is hereby continued to _____  _____, 2008, at _____ (a.m./p.m.)

Date:_____                    _____
                                            REGGIE B. WALTON
                                            UNITED STATES DISTRICT JUDGE

copy to:

| | |
|---|---|
| James A. Mitzelfeld | Allen H. Orenberg, Esq. |
| Assistant United States Attorney | The Orenberg Law Firm, P.C. |
| U.S. Attorney's Office | 11200 Rockville Pike, Suite 300 |
| 555 4th Street, NW, Room 5824 | North Bethesda, MD 20852 |
| Washington, D.C.  20530 | (301) 984-8005 |
| Email: james.mitzelfeld@usdoj.gov | Aorenberg@orenberglaw.com |