UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUN 1 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES

v.

JEFFREY A. HAYDEN

No. 06-263 (RBW)

## ORDER

This matter comes before the Court upon the Joint Motion of the United States and the defendant to continue the status hearing scheduled for June 12, 2008, at 9 a.m. for 180 days. For the reasons stated therein, it is this 10th day of June 2008,

ORDERED that the Joint Motion to Continue the June 12, 2008 Status Hearing is GRANTED; and

IT IS FURTHER ORDERED that the June 12, 2008 status hearing is hereby continued to February 6, 2009, at 9:15 (a.m./p.m.)

Date: June 10, 2008

REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE

copy to:

James A. Mitzelfeld
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, NW, Room 5824
Washington, D.C. 20530
Email: james.mitzelfeld@usdoj.gov

Allen H. Orenberg, Esq.
The Orenberg Law Firm, P.C.
11200 Rockville Pike, Suite 300
North Bethesda, MD 20852
(301) 984-8005
Aorenberg@orenberglaw.com